## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Renee Rudnick and David Rudnick, w/h, | : | |
| | : | |
| Plaintiffs, | : | NO: _____ |
| | : | |
| v. | : | |
| | : | |
| The Great Atlantic & Pacific Tea | : | |
| Company, Inc., and YFP Ocean City, LLC, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF REMOVAL

TO:     Robert H. Nemeroff, Esquire
        10 I Greenwood Avenue, 5th Floor
        Jenkintown, PA 19046

**PLEASE TAKE NOTICE** that on August 8, 2014, Defendant Pathmark Stores, Inc.

filed in the office of the Clerk of the United States District Court for the Eastern District of

Pennsylvania the within Notice of Removal.

The Notice of Removal is also being filed with the Court of Common Pleas of

Philadelphia County pursuant to 28 U.S.C. §1446(d).

A Praecipe to Remove the case from the Philadelphia County dockets will be filed after the Federal Court assigns this matter an appropriate civil action number.

Respectfully submitted,

CIPRIANI & WERNER, P.C.

By:  */s/ Katherine M. Robinson*
Katherine M. Robinson, Esquire
PA Attorney I.D. No. 306532
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
(610) 567-0700 Telephone
*Attorney for the Defendant*
*Pathmark Stores, Inc.*

Date: August 8, 2014

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Renee Rudnick and David Rudnick, w/h,   :
                                  :
        Plaintiffs,                 :   NO: _____
                                    :
v.                                     :
                                    :
The Great Atlantic & Pacific Tea     :
Company, Inc., and YFP Ocean City, LLC, :
                                    :
        Defendants.               :

### NOTICE OF REMOVAL

Petitioners/Defendants, The Great Atlantic & Pacific Tea Company, Inc., and YFP Ocean City, LLC (herein after "Defendants"), hereby file the within Notice of Removal to the United States District Court for the Eastern District of Pennsylvania stating as follows:

1.      On June 26, 2014, Plaintiffs Renee and David Rudnick filed a Complaint against The Great Atlantic & Pacific Tea Company, Inc., and YFP Ocean City LLC, in the Court of Common Pleas of Philadelphia County, Pennsylvania under Docket No. 140603904. (A true and correct copy of Plaintiffs' Complaint as well as a true and correct copy of the Philadelphia Court of Common Pleas docket are attached hereto and marked as Exhibits "A" and "B," respectively.)

2.      According to Plaintiffs' affidavits of service, Defendants were served with a Copy of Plaintiffs' Complaint by personal service on July 11, 2014. (A true and correct copy of Plaintiffs' Affidavits of Service are attached hereto marked collectively as Exhibit "C.")

3.      This action arises out of personal injuries that plaintiff Renee Rudnick allegedly sustained on or about July 4, 2012, when she was allegedly caused to fall inside a Super Fresh Supermarket located at 800 West Avenue, Ocean City, New Jersey 08226. (See Exhibit "A.")

4.      Plaintiffs are demanding judgment against Defendants under a negligence theory and requesting compensatory damages in excess of Fifty Thousand Dollars ($50,000). (See Exhibit "A.")

## I.      DIVERSITY OF CITIZENSHIP

5.      Plaintiffs Renee and David Rudnick were at all relevant times citizens and residents of the Commonwealth of Pennsylvania. Plaintiffs reside at 8506 Elliston Drive, Wyndmoor, Pennsylvania 19038. (See Exhibit "A," ¶ ¶1-2.)

6.      In their Complaint, Plaintiffs acknowledge that neither named Defendant is a citizen of the Commonwealth of Pennsylvania. Plaintiffs correctly allege that The Great Atlantic and Pacific Tea Company, Inc., is a Maryland Corporation with a principal place of business located at 2 Paragon Drive, Montvale, New Jersey 07645. (See Exhibit "A" at ¶ 3.)

7.      As the attached document from the Pennsylvania Department of State makes clear, The Great Atlantic & Pacific Tea Company, Inc., is authorized to conduct business in Pennsylvania as a Foreign Corporation. (A true and correct copy of the Corporate Information Sheet for Pathmark Stores, Inc., is attached as Exhibit "D.") At the time of the incident and currently, The Great Atlantic & Pacific Tea Company, Inc., was/is incorporated in the state of Maryland with a principle place of business located at 2, Paragon Drive, Montvale, New Jersey 07645. (See Exhibits "A" and "D").

8.      Plaintiffs incorrectly allege, however, that YFP Ocean City is a citizen of the state of New Jersey. As the attached filing with the Delaware Department of State makes clear, YFP Ocean City is a Delaware Corporation and is incorporated in the State of Delaware. (A true and correct copy of the Corporate Information for YFP Ocean City, LLC, is attached as Exhibit "E.") The deed for the property at issue indicates that YFP maintains a principal place of business at

3224 Club Drive, Los Angeles, CA 90064. (A true and correct copy of the deed is attached as Exhibit "F.")

9.      At the time of the incident and currently, YFP Ocean City, LLC, is/was not registered to conduct business in the Commonwealth of Pennsylvania and does not maintain an address in the Commonwealth of Pennsylvania. (See "no results" indication for YFP Ocean City, LLC, from the Pennsylvania Department of State, attached as Exhibit "G.")

10.     Therefore, as demonstrated above, Neither named Defendant is incorporated in or maintains a principal place of business in the Commonwealth of Pennsylvania, which is the domicile of the Plaintiffs.

11.     Accordingly, because Plaintiffs and Defendants are citizens of different states, complete diversity of citizenship exists between the parties in accordance with 28 U.S.C. § 1332, and 28 U.S.C. § 1441.

## II.     AMOUNT IN CONTROVERSY

12.     In their Complaint, Plaintiffs seek damages in excess of $50,000.00. In addition, Plaintiff further contends in her complaint that her injuries are serious and ongoing. (See Exhibit "A" at ¶ 20.)

13.     Specifically, Plaintiff contends that she sustained ". . . injuries to her head, neck and back including, but not limited to, lower back injury involving her lumbar discs at L4-5 and L5-S1, as well as a closed head injury diagnosed as a concussion and post-concussion syndrome resulting in cognitive deficits." Id.

14.     Plaintiff also claims damages for out of pocket costs and medical expenses and other expenses. (See Exhibit "A" at ¶ ¶ 20; 23.)

15.     Plaintiff further claims damages for past and future wage loss. (See Exhibit "A" at ¶ 24.)

16.     Finally, Plaintiff's husband claims damages for loss of consortium. (See Exhibit "A" at ¶¶ 27-28.

17.     Plaintiffs' injuries, and damages, as alleged, will exceed $75,000.00 exclusive of interest and costs.

## III.     CONCLUSION

18.     Therefore, the present action is a civil action over which this Court has original jurisdiction by virtue of the diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332.

19.     In accordance with § 1332, this case involves (a) injuries, which, as alleged, will exceed $75,000.00 exclusive of interest and costs; and (b) is between citizens of different states. 28 U.S.C. § 1332(a)(3).

20.     Additionally, in accordance with applicable Federal Rules of Civil Procedure and/or Statutes, namely 28 U.S.C.A. §1446(b), this Notice of Removal was filed within thirty (30) days after defendant received service of Plaintiff's Complaint. See Johnson v. Vertis, Inc., 2002 WL 31388817 (E.D.Pa.)(citing 28 U.S.C. § 1446(b)).

21.     Accordingly, pursuant to 28 U.S.C. §1332, this is a civil action that may be removed by defendants The Great Atlantic & Pacific Tea Company, Inc., and YFP Ocean City, LLC over which this Court has original jurisdiction.

**WHEREFORE**, Petitioners/Defendants The Great Atlantic & Pacific Tea Company, Inc., and YFP Ocean City, LLC, respectfully request that the aforementioned Civil Action commenced against them be removed to this Court for all further proceedings.

Respectfully submitted,

CIPRIANI & WERNER, P.C.

By:     */s/ Katherine M. Robinson*
        Katherine M. Robinson, Esquire
        PA Attorney I.D. No. 306532
        450 Sentry Parkway, Suite 200
        Blue Bell, PA  19422
        (610) 567-0700 Telephone
        *Attorney for the Defendants*

Dated: August 8, 2014

## AFFIDAVIT

Katherine M. Robinson, Esquire, being sworn according to law deposes and says that she is counsel for Petitioners The Great Atlantic & Pacific Tea Company, Inc., and YFP Ocean City, LLC, in the within matter; and that she has read the foregoing Notice for Removal and believes it to be true and correct, to the best of her knowledge, information and belief.

                              CIPRIANI & WERNER, P.C.

                    By:    /s/ Katherine M. Robinson
                           Katherine M. Robinson, Esquire
                           PA Attorney I.D. No. 306532
                           450 Sentry Parkway, Suite 200
                           Blue Bell, PA  19422
                           (610) 567-0700 Telephone
                           *Attorney for the Defendants*

Dated:  August 8, 2014

## CERTIFICATE OF SERVICE

That counsel for Defendants hereby certify that in accordance with the Federal Rules of

Civil Procedure, a true and correct copy of the within **NOTICE OF REMOVAL** will be served

on all counsel of record as follows:

a.   Electronically by the Court upon all counsel of record who are
     registered to receive same; and/or

b.   via First Class Mail, postage pre-paid, in accordance with Rules of
     Civil Procedure, upon the below counsel should they not be
     electronically served by the Court:

Robert H. Nemeroff, Esquire
Friedman Schuman, P.C.
101 Greenwood Avenue, 5th Floor
Jenkintown, PA 19046

Respectfully submitted,

CIPRIANI & WERNER, P.C.

By:   */s/ Katherine M. Robinson*
      Katherine M. Robinson, Esquire
      PA Attorney I.D. No. 306532
      450 Sentry Parkway, Suite 200
      Blue Bell, PA 19422
      (610) 567-0700 Telephone
      *Attorney for the Defendants*

Dated: August 8, 2014

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

JUNE 2011

E-Filing Number: 1406052965

003904

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RENEE RUDNICK | THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 8506 ELLISTON DRIVE<br>WYNDMOOR PA 19038 | 2 PARAGON DRIVE<br>MONTVALE NJ 07645 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DAVID RUDNICK | YFP OCEAN CITY, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 8506 ELLISTON DRIVE<br>WYNDMOOR PA 19038 | 2 PARAGON DRIVE<br>MONTVALE NJ 07645 |

RECEIVED

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | JUL 1 6 2014 |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | GALLAGHER BASSETT 043 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 2 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal<br>[X] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[X] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce   [ ] Settlement<br>[ ] Minor Court Appeal   [ ] Minors<br>[ ] Statutory Appeals   [ ] W/D/Survival |

CASE TYPE AND CODE

2F - PERSONAL INJURY - SLIP

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED<br>PRO PROTHY<br>JUN 26 2014<br>J. OSTROWSKI | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES    NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RENEE RUDNICK , DAVID RUDNICK

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ROBERT H. NEMEROFF | 101 GREENWOOD AVENUE<br>5TH FLOOR<br>JENKINTOWN PA 19046 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)690-3927 | (215)635-7212 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 34681 | rnemeroff@fsalaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ROBERT NEMEROFF | Thursday, June 26, 2014, 05:13 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

FRIEDMAN SCHUMAN, P.C.
BY: Robert H. Nemeroff, Esquire
Attorney I.D. No.: 34681
101 Greenwood Avenue, 5th Floor
Jenkintown, PA 19046
(215) 635-7200

Major Jury Case

*Filed and Attested by
PROTHONOTARY
26 JUN 2014 08:13 pm
E. OSTROWSKI*

*Attorney for Plaintiffs*

| | |
|---|---|
| RENEE RUDNICK and DAVID RUDNICK, w/h<br>8506 Elliston Drive<br>Wyndmoor, Pennsylvania  19038<br>            Plaintiffs<br><br>            v.<br><br>THE GREAT ATLANTIC & PACIFIC TEA<br>COMPANY, INC.<br>2 Paragon Drive<br>Montvale, New Jersey  07645<br><br>            and<br><br>YFP OCEAN CITY, LLC<br>2 Paragon Drive<br>Montvale, New Jersey  07645 and<br><br>            Defendants | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br><br>DOCKET No.: |

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.<br><br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.  THIS OFFICE CAN PROVIDE YOU WITH THE INFORMATION ABOUT HIRING A LAWYER.<br><br>IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.<br><br>PHILADELPHIA COUNTY BAR ASSOCIATION<br>Lawyer Referral & Information Service<br>1101 Market Street, 11th Fl.<br>Philadelphia, PA 19107<br>(215) 238-6333 | Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades o otros derechos importantes para usted.<br><br>LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE.  SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.<br><br>ASOCIACION DE LICENCIADOS DE FILADELFIA<br>Servicio De Referencia E Informacion Legal<br>1101 Market Street, 11th Fl.<br>Filadelfia, PA 19107<br>(215) 238-6333 |

{Client Files/009377/00000/00607639.DOCX;1}

Case ID: 140603904

**FRIEDMAN SCHUMAN, P.C.**
BY: Robert H. Nemeroff, Esquire
Attorney I.D. No.: 34681
101 Greenwood Avenue, 5th Floor
Jenkintown, PA 19046
(215) 635-7200

**Major Jury Case**

*Attorney for Plaintiffs*

| | |
|---|---|
| **RENEE RUDNICK and DAVID RUDNICK, w/h**<br>8506 Elliston Drive<br>Wyndmoor, Pennsylvania 19038<br>             Plaintiffs<br><br>        v.<br><br>**THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC.**<br>2 Paragon Drive<br>Montvale, New Jersey 07645<br><br>        and<br><br>**YFP OCEAN CITY, LLC**<br>2 Paragon Drive<br>Montvale, New Jersey 07645 and<br><br>        Defendants | **COURT OF COMMON PLEAS PHILADELPHIA COUNTY**<br><br><br><br><br><br>**DOCKET No.:** |

## CIVIL ACTION COMPLAINT

### A.   THE PARTIES

1.    The Plaintiff, Renee Rudnick ("Renee"), is an adult individual residing at 8506 Elliston Drive, Wyndmoor, Pennsylvania 19038.

2.    Plaintiff, David Rudnick ("David"), is an adult individual and the husband of Renee, residing at 8506 Elliston Drive, Wyndmoor, Pennsylvania 19038.

3.     The Defendant, The Great Atlantic & Pacific Tea Company, Inc. ("A&P"), is a corporation duly organized under the laws of the state of Maryland with a business address located at 2 Paragon Drive, Montvale, New Jersey 07645.

4.     It is believed and, therefore, averred that the Defendant, YFP Ocean City, LLC ("YFP"), is a New Jersey limited liability company with a mailing address of 2 Paragon Drive, Montvale, New Jersey 07645.

**B. VENUE**

5.     A&P regularly conducts business in the County of Philadelphia by virtue of operating numerous supermarkets in said county under the names "A&P", "The Food Emporium", "Pathmark", and "Super Fresh".

6.     Pursuant to the Pennsylvania Rules of Civil Procedure 1006 and 2179, as a result of venue being proper in Philadelphia County as to A&P, venue is proper in Philadelphia County as to all Defendants herein.

**C.   FACTS**

7.     On July 4, 2012, Renee, as a customer, was upon the premises of the Super Fresh supermarket located at 800 West Avenue, Ocean City, New Jersey 08226 ("Super Fresh").

8.     Super Fresh was owned by A&P on said date.

9.     The real estate on which Super Fresh was located was owned by YFP on said date.

10.    It is believed and, therefore, averred that A&P operated said Super Fresh pursuant to the terms of a lease agreement between A&P and YFP.

11.    On the aforesaid date, while Renee was pushing her shopping cart adjacent to the shelves where bottles of orange juice were on display in Super Fresh, she was caused to slip and fall on liquid which had accumulated on the surface of the floor.

Case ID: 140603904

12.     Renee was caused to fall backwards, landing on her back and striking the back of her head on the surface of the floor.

13.     On and before the date of Renee's fall as aforesaid, it is believed and, therefore, averred that refrigeration units in Super Fresh were malfunctioning causing puddles of water to accumulate on the surface of the floor where Renee fell.

14.     The liquid which had accumulated on the surface of the floor where Renee fell, existed for a long enough period of time before her fall for Defendants to have discovered this dangerous condition.

15.     The Defendants, therefore, knew or should have known of the presence of the liquid on the surface of the floor of the Super Fresh where Renee fell.

    **D.     LIABILITY**

<div align="center">

**COUNT I**
**NEGLIGENCE**
**Renee Rudnick v. Defendants**

</div>

16.     Allegations 1 through 15 are incorporated herein by reference as though fully set forth at length.

17.     The Defendants had a duty to maintain the Super Fresh premises in a reasonably safe condition for its customers like Renee.

18.     Renee's fall occurred as a direct result of the negligence and carelessness of the Defendants and, was due in no manner whatsoever to any negligence on the part of Renee.

19.     The negligence and carelessness of the Defendants consisted of the following:

    a) allowing a dangerous condition to exist on the floor of the Super Fresh premises;

b) being inattentive to the dangerous condition that existed on the floor of the Super Fresh premises which caused Renee to slip and fall;

c) failing to warn Renee and other customers of the dangerous condition that existed on the surface of the floor of the Super Fresh premises;

d) failing to inspect the floor of the Super Fresh premises to ascertain the existence of said dangerous condition;

e) failing to correct the dangerous condition that existed at the time of Renee's fall; and

f) failing to repair the defective refrigeration units so as to minimize the risk of the existence of the dangerous condition on the surface of the floor of the Super Fresh premises which caused Renee to fall.

20.     As a result of the negligence of the Defendants, Renee sustained injuries to her head, neck and back including, but not limited to, lower back injury involving her lumbar discs at L4-5 and L5-S1, as well as a closed head injury diagnosed as a concussion and post-concussion syndrome resulting in cognitive deficits.

21.     As a further result of the negligence of the Defendants, Renee has or may hereafter incur other financial losses or expenses which she may otherwise not be entitled to recover.

22.     As a further result of the negligence of the Defendants, Renee has suffered and will continue to suffer in the future great pain and suffering, mental anguish, anxiety and humiliation, to her great detriment and loss.

23.     As a further result of the negligence of the Defendants, Renee has been and may in the future be obliged to spend various sums of money for medical care and treatment in an effort to cure herself of her injuries, to her great detriment and loss.

Case ID: 140603904

24.     As a further result of the negligence of the Defendants, Renee has sustained a loss of past earnings and may sustain a loss future earning capacity, to her great detriment and loss.

25.     As a further result of the negligence of the Defendants, Renee has suffered a diminution in the ability to enjoy life and life's pleasures, to her great detriment and loss.

    **WHEREFORE,** Plaintiff, Renee Rudnick, demands judgment against the Defendants, The Great Atlantic & Pacific Tea Company, Inc., and YFP Ocean City, LLC, in an amount in excess of $50,000.00.

<div align="center">

**COUNT II**
**LOSS OF CONSORTIUM**
**David Rudnick v. Defendants**

</div>

26.     Allegations 1-25 are incorporated herein by reference as though fully set forth at length.

27.     David is the husband of Renee whose marital relationship with his wife has been adversely impacted by her physical and emotional suffering caused by the negligence of the Defendants.

28.     As a result of Renee's physical and emotional suffering caused by the negligence of the Defendants, David has been deprived of the assistance, services, society, companionship and consortium of his wife, to which he is legally entitled to his great detriment and loss.

    **WHEREFORE,** Plaintiff, David Rudnick demands judgment against Defendants, The Great Atlantic & Pacific Tea Company, Inc. and YFP Ocean City, LLC, in an amount in excess of $50,000.00

                                        FRIEDMAN SCHUMAN, P.C.


                                        _____
                                        ROBERT H. NEMEROFF, ESQUIRE
                                        *Attorney for Plaintiffs*

## VERIFICATION

We, Renee Rudnick and David Rudnick, hereby verify that the facts set forth in the foregoing Complaint are true and correct to the best of our knowledge, information and belief, and understand that false statements herein are made subject to the penalties to 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

RENEE RUDNICK

DAVID RUDNICK

Case ID: 140603904

{Client Files/099999/00039/00597601.DOC;1}

# EXHIBIT "B"



 No Items in Cart **LOGOUT** krobinson2

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 140603904 |
| **Case Caption:** | RUDNICK ETAL VS THE GREAT ATLANTIC & PACIFIC TEA C |
| **Filing Date:** | Thursday , June 26th, 2014 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | PERSONAL INJURY - FELA |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | NEMEROFF, ROBERT H |
| **Address:** 101 GREENWOOD AVENUE 5TH FLOOR JENKINTOWN PA 19046 (215)690-3827 | | **Aliases:** *none* | | |
| | | | | |
| 2 | 1 | | PLAINTIFF | RUDNICK, RENEE |
| **Address:** 8506 ELLISTON DRIVE WYNDMOOR PA | | **Aliases:** *none* | | |

| 3 | 1 | | PLAINTIFF | RUDNICK, DAVID |
|---|---|---|---|---|
| **Address:** 8506 ELLISTON DRIVE WYNDMOOR PA 19038 | | **Aliases:** *none* | | |

| 4 | | | DEFENDANT | THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. |
|---|---|---|---|---|
| **Address:** 2 PARAGON DRIVE MONTVALE NJ 07645 | | **Aliases:** *none* | | |

| 5 | | | DEFENDANT | YFP OCEAN CITY, LLC |
|---|---|---|---|---|
| **Address:** 2 PARAGON DRIVE MONTVALE NJ 07645 | | **Aliases:** *none* | | |

| 6 | | | TEAM LEADER | RAU, LISA M |
|---|---|---|---|---|
| **Address:** ROOM 593 CITY HALL PHILADELPHIA PA 19107 (215)686-3768 | | **Aliases:** *none* | | |

(Row at top: 19038)

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 26-JUN-2014 05:13 PM | ACTIVE CASE | | | 27-JUN-2014 09:50 AM |
| **Docket Entry:** E-Filing Number: 1406052965 | | | | |

| 26-JUN-2014 05:13 PM | COMMENCEMENT CIVIL ACTION JURY | NEMEROFF, ROBERT H | | 27-JUN-2014 09:50 AM |
|---|---|---|---|---|
| **Documents:** | ⚲ Click link(s) to preview/purchase the documents <br> Final Cover | | 🛒 **Click HERE to purchase all documents** related to this one docket entry | |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 26-JUN-2014 05:13 PM | COMPLAINT FILED NOTICE GIVEN | NEMEROFF, ROBERT H | | 27-JUN-2014 09:50 AM |
| **Documents:** | ⚲ Click link(s) to preview/purchase the documents <br> Complaint_001.pdf | | 🛒 **Click HERE to purchase all documents** related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| | | | | |
| 26-JUN-2014 05:13 PM | SHERIFF'S SURCHARGE 2 DEFTS | NEMEROFF, ROBERT H | | 27-JUN-2014 09:50 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 26-JUN-2014 05:13 PM | JURY TRIAL PERFECTED | NEMEROFF, ROBERT H | | 27-JUN-2014 09:50 AM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| | | | | |
| 26-JUN-2014 05:13 PM | WAITING TO LIST CASE MGMT CONF | NEMEROFF, ROBERT H | | 27-JUN-2014 09:50 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 21-JUL-2014 10:14 AM | AFFIDAVIT OF SERVICE FILED | | | 21-JUL-2014 10:44 AM |
| **Documents:** | ⚲ Click link(s) to preview/purchase the documents <br> CS115215-1.pdf <br> CS115215-2.pdf | | 🛒 **Click HERE to purchase all documents** related to this one docket entry | |
| | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON YFP | | | |

| **Docket Entry:** | OCEAN CITY, LLC AND THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. BY PERSONAL SERVICE ON 07/11/2014 FILED. |
| --- | --- |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

E-Filing System      Search Home

# EXHIBIT "C"



B&R Services for Professionals Inc.
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of Professional Process Servers — Philadelphia Association of Professional Process Servers

Filed and Attested by PROTHONOTARY 21 JUL 2014 01:14 pm R. EDWARDS

| | | | |
|---|---|---|---|
| Renee Rudnick et al | : | COURT | Court of Common Pleas of Pennsylvania |
| -VS- | : | COUNTY | Philadelphia County |
| The Great Atlantic. Et al | : | CASE NUMBER | 1406-3904 |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA: B&R Control # CS115215 - 2
COUNTY OF PHILADELPHIA: Reference Number

**SERVICE INFORMATION**

On 7 day of July, 2014 we received the
**Civil Action Complaint**
for service upon **YFP Ocean City**
at **2 Paragon Drive Montvale, NJ 07645**

*** Special Instructions ***

[✓] Served Date 7/11/14 Time 11:22AM Accepted By: Daniel J. Roe

In the manner described below.

- [ ] Personally served.
- [ ] Adult family member. Relationship is
- [ ] Adult in charge of residence who refused to give name and/or relationship.
- [ ] Manager/Clerk of place of residence lodging
- [✓] Agent or person in charge of office or usual place of business Corporate Paralegal & Contracts Manager
- [ ] Other

Description of Person Age 35 Height 6'0" Weight 160 Race White Sex M
Other Brown hair

[ ] Not Served Date ______ Time ______

Not Served Information
[ ] Moved [ ] Unknown [ ] No Answer [ ] Vacant [ ] Other

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff [signature] Anthony Tavarone

Sworn to and subscribed before me this 14 day of July 2014
[signature]
Notary Public ... NEW JERSEY ... Commission Expires 3/14/2018

Law Firm Phone (215)635-7200 Fo
Friedman Schuman
101 Greenwood Avenue
Fifth floor
Jenkintown, PA 190462636

ServeBy Date 7/30/2014
Filed Date 6/26/2014

ORIGINAL 188DB

Case ID: 140603904

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

Services for Professionals Inc.

 

National Association of
Professional Process Servers

Philadelphia Association
of Professional Process Servers

| | | | |
|---|---|---|---|
| Renee Rudnick et al | : | COURT | Court of Common Pleas of Pennsylvania |
| -vs- | : | COUNTY | Philadelphia County |
| The Great Atlantic. Et al | : | CASE NUMBER | 1406-3904 |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF PHILADELPHIA:

B&R Control #     CS115215 - 1
Reference Number

### SERVICE INFORMATION

On 7 day of July, 2014 we received the
Civil Action Complaint
for service upon The Great Atlantic & Pacific Tea Co., Inc
at 2 Paragon Drive , Montvale, NJ 07645

\*\*\* Special Instructions \*\*\*

[✓] Served   Date 7/11/14   Time 11:22AM Accepted By: Daniel J. Roe

In the manner described below.

[ ] Personally served.
[ ] Adult family member. Relationship is _____
[ ] Adult in charge of residence who refused to give name and/or relationship. _____
[ ] Manager/Clerk of place of residence lodging _____
[✓] Agent or person in charge of office or usual place of business Corporate Paralegal & Contracts Manager
[ ] Other _____

Description of Person   Age 35   Height 6'0"   Weight 160   Race White Sex M
Other Brown hair

[ ] Not Served   Date _____   Time _____

Not Served Information
[ ] Moved   [ ] Unknown   [ ] No Answer   [ ] Vacant   [ ] Other

The Process Server, being duly sworn,
deposes and says that the facts set forth
herein are true and correct to the best of their
knowledge, information and belief.

Process Server/Sheriff _____
ANTHONY AVARONE

Law Firm   Phone (215)635-7200   For   For Plaintiff
Friedman Schuman
101 Greenwood Avenue
Fifth floor
Jenkintown, PA 190462636

Sworn to and subscribed before me this

14 day of July 2014

Notary Public MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
ServeBy Date 7/30/2014 Commission Expires 3/14/2018
Filed Date 6/26/2014

ORIGINAL

Civil

Case ID: 140603904

# EXHIBIT "D"

Business Entity                                                                                 Page 1 of 1



pennsylvania DEPARTMENT OF STATE

pennsylvania PA

## Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

### Business Entity Filing History
Date: 8/7/2014    (Select the link above to view the Business
Entity's Filing History)

### Business Name History

| Name | Name Type |
|------|-----------|
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. | Current Name |

### Business Corporation - Foreign - Information

| | |
|---|---|
| **Entity Number:** | 145406 |
| **Status:** | Active |
| **Entity Creation Date:** | 11/30/1959 |
| **State of Business.:** | MD |
| **Registered Office Address:** | 800 N 2ND ST STE 100 HARRISBURG PA 17102-0 Dauphin |
| **Mailing Address:** | No Address |

### Officers

| | |
|---|---|
| **Name:** | **RAYMOND SILCOCK** |
| **Title:** | **President** |
| **Address:** | 2 PARAGON DR MONTVALE NJ 07645-1718 |
| **Name:** | **CHRISTOPHER MCGARRY** |
| **Title:** | **Secretary** |
| **Address:** | 2 PARAGON DR MONTVALE NJ 07645-1718 |
| **Name:** | **POYIBOWIE CHOY** |
| **Title:** | **Treasurer** |
| **Address:** | 2 PARAGON DR MONTVALE NJ 07645-1718 |
| **Name:** | **CHRISTOPHER MCGARRY** |
| **Title:** | **Vice President** |
| **Address:** | 2 PARAGON DR MONTVALE NJ 07645-1718 |

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy

# EXHIBIT "E"

Division of Corporations - Online Services                                                  https://delecorp.delaware.gov/tin/controller

Delaware.gov | Text Only                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

| | |
|---|---|
| HOME | Privacy Policy  Frequently Asked Questions  View Search Results |
| About Agency | |
| Secretary's Letter | |
| Newsroom | **Entity Details** |
| Frequent Questions | |
| Related Links | |
| Contact Us | THIS IS NOT A STATEMENT OF GOOD STANDING |
| Office Location | |

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

| | | | |
|---|---|---|---|
| File Number: | 3405556 | Incorporation Date / Formation Date: | **06/19/2001** (mm/dd/yyyy) |
| Entity Name: | YFP OCEAN CITY, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information  Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

---

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

# EXHIBIT "F"

103 - DEED - BARGAIN AND SALE (Covenant as to Grantor's Acts)
Ind. to Ind. or Corp. - Plain Language
Ocean City, New Jersey

Bk D2924 Pg977 #175

**Record & Return to:**

R+R

COMMONWEALTH LAND TITLE INS.
PO BOX 532
CEDAR KNOLLS NJ 07927

PO16007

Prepared by:

*Joseph W. Chouinard*

Joseph W. Chouinard
Attorney at Law of New York

## **DEED**

COUNTY OF CAPE MAY
Consideration 6,601,422.18
Realty Transfer Fee 32,782.50
Date 08-07-2001 By CLERKNH

This Deed is made on July **30**, 2001

> **BETWEEN:** **Ocean City - Grocery, LLC**, a Delaware limited liability company, whose address is c/o Cardinal Capital Partners, Inc., 8411 Preston Road, Suite 850, Dallas, Texas 75225, referred to as Grantor,

> **AND:** **YFP Ocean City, LLC**, a Delaware limited liability company having an address at c/o Yates Family Partnership, L.P., 3224 Club Drive, Los Angeles, California 90064, referred to as Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of SIX MILLION, SIX HUNDRED ONE THOUSAND, FOUR HUNDRED TWENTY-TWO AND 18/100 ($6,601,422.18) DOLLARS. The Grantor acknowledges receipt of this money.

**Tax Map Reference.** (N.J.S.A. 46:15-2.1) Lot 3, Block No. 808, and Lots No. 2 & 4 in Block 809.01 on the Tax Map of the City of Ocean City, County of Cape May, State of New Jersey.

**Property.** The property consists of the land and all the buildings and structures on the land in the City of Ocean City, County of Cape May and STATE OF NEW JERSEY. The legal description is:

142862_2
7-19-01 10:42AM

Bk D2924 Pg978 #175

EXHIBIT "A"

LEGAL DESCRIPTION
Ocean City, New Jersey

Beginning at a point formed by the intersection of the Northwesterly sideline of West Avenue (100 feet in width) with the Southwesterly sideline of 8th Street (70 feet in width) and from said point of beginning running; thence

(1) along the Northwesterly sideline of West Avenue, South 44 degrees 29 minutes 36 seconds West, a distance of 350.00 feet to a point; thence

(2) along the common dividing line between Lot 3 and Lot 2, lands now or formerly of Grace Oil Company, North 45 degrees 30 minutes 24 seconds West, a distance of 115.00 feet to a point; thence

(3) continuing along the common dividing line between Lot 3 and Lot 2, South 44 degrees 29 minutes 36 seconds West, a distance of 20.00 feet to a point; thence

(4) along the common dividing line between Lot 3 and Lot 1, lands now or formerly of Sun Oil Company, North 45 degrees 30 minutes 24 seconds West, a distance of 135.00 feet to a point; thence

(5) along the common dividing line between Lot 4 and Lot 1, lands now or formerly of Sun Oil Company, South 44 degrees 29 minutes 36 seconds West, a distance of 100.00 feet to a point in the Northeasterly sideline of 9th Street (80 feet in width); thence

(6) continuing along the Northeasterly sideline of 9th Street, North 45 degrees 30 minutes 24 seconds West, a distance of 25.00 feet to a point; thence

(7) along the common dividing line between Lot 4 and Lot 1, lands now or formerly of Hess Realty Corp., North 44 degrees 29 minutes 36 seconds East, a distance of 100.00 feet to a point; thence

(8) along the common dividing line between Lot 2 and Lot 1, lands now or formerly of Hess Realty, North 45 degrees 30 minutes 24 seconds West, a distance of 105.00 feet to a point in the Southeasterly sideline of Aldrich Road; thence

(9) continuing along the southeasterly sideline of Aldrich Road, North 44 degrees 29 minutes 36 seconds East, a distance of 250.00 feet to a point; thence

(10) along the common dividing line between Lot 2 and Lot 3, lands now or formerly APC New Jersey Holdings, Inc., South 45 degrees 30 minutes 24 seconds East, a distance of 105.00 feet to a point; thence

(11)  along the common dividing line between Lot 4 and Lot 3, North 44 degrees 29 minutes 36 seconds East, a distance of 120.00 feet to a point in the Southwesterly sideline of 8th Street; thence

(12)  continuing along said Southwesterly sideline of 8th Street, South 45 degrees 30 minutes 24 seconds East, a distance of 275.00 feet to the point and place of beginning.

Described in accordance with a survey by Control Point Associates, Inc. dated August 3, 2000 as same may have been revised through the date hereof.

FOR INFORMATIONAL PURPOSES ONLY:

"In compliance with Chapter 157, Laws of 1977, premises herein is Lot 3 in Block 808 on the Tax Map of the City of Ocean City, County of Cape May, State of New Jersey."

AS SET FORTH ON EXHIBIT "A" ANNEXED HERETO.

Bk D2924 P#280 #175
BEING the same premises conveyed to the Grantor herein, by Deed from The Great Atlantic & Pacific Tea Company, Inc., a corporation of the State of Maryland, which deed was dated February 13, 2001, recorded March 14, 2001 in Deed Book D2900, page 821, in the Office of the County Clerk of Cape May County.

SUBJECT to covenants, restrictions, easements and liens of record and such facts as may be shown by survey prepared by Control Points Associates dated June 20, 2000, as same may have been revised through the date hereof.

SUBJECT to municipal and governmental regulations, if any, provided it is not the intent of the parties to make them restrictive covenants.

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property except as set forth above. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor), except as set forth above.

**Signatures.** The Grantor signs this Deed as of the date at the top of the first page.

WITNESSED BY:

OCEAN CITY-GROCERY, LLC, a
Delaware limited liability company

By: _____
M. Scott Kipp, Manager

142862_2
7-19-01 10:42AM

2

STATE OF TEXAS )
) ss.:
COUNTY OF DALLAS )

Bk D2924 Pg981 #175
RECORDED COUNTY OF CAPE MAY
ANGELA F. PULVINO, COUNTY CLERK
Recording Fee 26.00
Date 08-07-2001 @ 12:22p

I CERTIFY that on July 25, 2001, M. Scott Kipp, the Manager of Ocean City - Grocery, LLC, a Delaware limited liability company, personally came before me and acknowledged under oath, to my satisfaction that this person:

(a) is the Manager of Ocean City - Grocery, LLC;

(b) that he signed and delivered this instrument on behalf of and as the voluntary act and deed of the company for the uses and purposes therein expressed; and

(c) made this Deed for $6,601,422.18 as full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

Notary Public



MELANIE GARVER
MY COMMISSION EXPIRES
June 27, 2005

My Commission Expires:

6|27|05

142862_2
7-19-01 10:42AM

3

# EXHIBIT "G"

Corporations System Search Results                                              Page 1 of 1



**Corporations**

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

Search Type: Starting With          Search Criteria: YFP Ocean City
Search Date: 8/7/2014               Search Time: 12:20

No Records were found for the search criteria 'YFP Ocean City' on 8/7/2014 12:20:36 PM

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy