# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Renee Rudnick and David Rudnick, w/h, | : |
| Plaintiffs, | : NO: 2:14-cv-04674-JP |
| v. | : |
| The Great Atlantic & Pacific Tea Company, Inc., and YFP Ocean City, LLC, | : |
| Defendants. | : |

## STIPULATION FOR ENLARGEMENT OF TIME

AND NOW this 19th day of November, 2014, it is hereby stipulated between the parties that all case related deadlines are extended by ninety (90) Days. A new scheduling order will follow.

BY:

FRIEDMAN-SCHUMAN, P.C.
By: _____
Robert H. Nemeroff, Esq.
*Attorney for Plaintiffs*
*Renee and David Rudnick w/h*

CIPRIANI & WERNER, P.C.
By: _____
Katherine M. Robinson, Esq.
*Attorney for the Defendants*
*The Great Atlantic & Pacific Tea Company, Inc. et al.*

BY THE COURT:

_____
The Honorable John R. Padova