IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE RUDNICK and DAVID RUDNICK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. and YFP OCEAN CITY, LLC | : : : | NO. 14-4674 |

## ORDER

**AND NOW**, this 9th day of February, 2015, Plaintiffs' counsel having requested, on the record at trial today, that we dismiss Defendant YFP Ocean City, LLC as a Defendant in this case, and Defendants' counsel having represented that Defendants have no objection, **IT IS HEREBY ORDERED** that YFP Ocean City, LLC is **DISMISSED** as a Defendant in this action.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.