IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE RUDNICK and DAVID RUDNICK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. | : | NO. 14-4674 |

## ORDER

**AND NOW**, this 12th day of February, 2015, in accordance with the jury's verdict in the above-captioned case, **IT IS HEREBY ORDERED** as follows:

1. **JUDGMENT IS ENTERED** in favor of Renee Rudnick and against Defendant in the amount of $130,000.00 with respect to Count I of the Complaint.

2. **JUDGMENT IS ENTERED** in favor of David Rudnick and against Defendant in the amount of $20,000.00 with respect to Count II of the Complaint.

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.